OCTOBER 20, 1958.

No. 5. HOTEL EMPLOYEES UNION, LOCAL No. 255, ET AL. *v.* SAX ENTERPRISES, INC., ET AL.; and

No. 6. HOTEL EMPLOYEES UNION, LOCAL No. 255, ET AL. *v.* LEVY ET AL., DOING BUSINESS AS SHERRY FRONTENAC HOTEL, ET AL. Certiorari, 355 U. S. 902, to the Supreme Court of Florida. Upon consideration of the suggestion of omission of parts of the record from the printed record, the Clerk is directed to print such parts as a supplemental record subject to further order of the Court as to the payment of costs incident thereto. The brief of the respondents is to be filed on or before November 1, and the cases are set for oral argument on November 10, next. *Thomas H. Anderson* and *Thomas H. Barkdull, Jr.* were on the suggestion of omission for respondents. *David E. Feller* was on a response for petitioners. Reported below: 93 So. 2d 591, 598.